IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STACY ORLANDO JACKSON                                                              PLAINTIFF

v.                                         Case No. 5:13-CV-05221

DETECTIVE R. KNOTTS                                                                DEFENDANT

**O R D E R**

    Currently before the Court are the findings and recommendations (Doc. 40) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, entered after he conducted a hearing on March 17, 2016 on the Defendant's motion for summary judgment (Doc. 35). No objections were filed, although the Court granted the Plaintiff's motion for an extension of time (Doc. 41) to file objections and extended the time until September 5, 2016.  After careful review, the Court finds that the Magistrate's report contains no clear error and that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

    Accordingly, IT IS ORDERED that Defendants' motion for summary judgment (Doc. 35) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

    Judgment will be entered accordingly.

    IT IS SO ORDERED this 26th day of September, 2016.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE